#150433

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-19893 - BIRD, JEFFREY TODD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Dental Centers** <br> 6140 Parkland Blvd., Suite 100 <br> Mayfield Hts., OH 44124-0000 <br>　(3-1) services performed <br>　ACCOUNT NO. 1896 | 000003 | 76.40 | 2.80 |
| ---------- Remittance Total ---------------- | | 76.40 | 2.80 |

ck# 103

*[signature]*
RICHARD A. BAUMGART, Trustee

2010 JUN 11 PM 3:27
COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND